IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANDREA CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:21-cv-2420-SAG |
| | : |
| TRANS UNION, LLC, *et al.,* | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SETTLEMENT

Plaintiff, Andrea Clark, by counsel, hereby notifies the Court that she has reached a settlement with Defendant, Trans Union, LLC ("Trans Union") in this case and is presently working with Trans Union to finalize the settlement agreement. Within thirty (30) days or such other time period ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for entry by the Court.

Respectfully submitted,
**PLAINTIFF**

By: ⎯⎯ */s/ Kristi C. Kelly* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Kristi Cahoon Kelly, Bar No. 07244
J. Patrick McNichol, Bar No. 19034
Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone:  (703) 424-7572
Facsimile:   (703) 591-0167
E-mail: kkelly@kellyguzzo.com
E-mail: pat@kellyguzzo.com
*Counsel for Plaintiff*