### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREA CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:21-cv-02420-SAG |
| | : |
| TRANS UNION, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, by counsel and with the signatures of all parties, stipulates to the dismissal with prejudice of all claims against Equifax Information Services, LLC in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court retains jurisdiction to enforce the settlement and the prior Orders in this case, and the matter will proceed against the remaining Defendants.

DATED: April 5, 2022                                      Respectfully submitted,

                                                                              */s/ Kristi C. Kelly*
Kristi C. Kelly (Bar No. 07244)
J. Patrick McNichol (Bar No. 19034)
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone:  (703) 424-7570
Fax:  (703) 591-0167
kkelly@kellyguzzo.com
pat@kellyguzzo.com
*Counsel for Plaintiff*

/s/ Rebecca Suzanne Bjork
Rebecca Suzanne Bjork (Bar No. 18304)
Seyfarth Shaw LLP
975 F St NW
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 828-5393
rbjork@seyfarth.com
*Counsel for Equifax Information Services, LLC*


s/ Robert J. Schuckit
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Phone: (317) 363-2400, Ext. 104
Fax: (317) 363-2257
rschuckit@schuckitlaw.com
*Counsel for Trans Union LLC*


/s/ Syed Mohsin Reza
Syed Mohsin Reza (Bar No. 19015)
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW
Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Fax: (703) 448-6510
Email: mohsin.reza@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*


/s/ Padraic Kevin Keane
Padraic Kevin Keane (Bar No. 17179)
Jordan Coyne LLP
10201 Fairfax Boulevard, Suite 520

                                                            Fairfax, VA 22030
                                                          Phone: (703) 246-0900
                                                          Fax: (703) 591-3673
                                                          p.keane@jocs-law.com
                                                          *Counsel for Convergent Outsourcing Inc.*