UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

ANDREA CLARK,                                        CASE NO. 1:21-cv-02420-SAG
       Plaintiff,

   vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and CONVERGENT OUTSOURCING, INC.;
       Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

     Plaintiff Andrea Clark ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                  Respectfully submitted,

Date: April 21, 2022

                                    */s/ Kristi Cahoon Kelly (with consent)*
                                    Kristi Cahoon Kelly, Esq.
                                    James Patrick McNichol, Esq.
                                    Kelly Guzzo, PLC
                                    3925 Chain Bridge Road, Suite 202
                                    Fairfax, VA 22030
                                    Telephone:  703-424-7572
                                    Fax:  703-591-0167
                                    E-Mail:  kkelly@kellyguzzo.com
                                                     pat@kellyguzzo.com

                                    *Counsel for Plaintiff Andrea Clark*

Date: <u>April 21, 2022</u>     <u>/s/ Robert J. Schuckit</u>
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 104 &132
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of April, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Kristi Cahoon Kelly, Esq. kkelly@kellyguzzo.com | J. Patrick McNichol, Esq. pat@kellyguzzo.com |
|---|---|
| Padraic Kevin Keane, Esq. p.keane@jocs-law.com | Syed Mohsin Reza, Esq. Mohsin.reza@troutmansanders.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of April, 2022**, properly addressed as follows:

| None | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 104 &132
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*