# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREA CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:21-cv-02420-SAG |
| | : |
| TRANS UNION, LLC, *et al.*, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by counsel and with the signatures of counsel for Convergent Outsourcing, Inc. and Experian Information Solutions, Inc., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court retains jurisdiction to enforce the settlement and the prior Orders in this case.

AND THIS CAUSE IS ENDED.

DATED: June 22, 2022    Respectfully submitted,

      */s/ Kristi C. Kelly*
Kristi C. Kelly (Bar No. 07244)
J. Patrick McNichol (Bar No. 19034)
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: (703) 424-7570
Fax: (703) 591-0167
kkelly@kellyguzzo.com
pat@kellyguzzo.com
*Counsel for Plaintiff*


      */s/ Mary C. Zinsner*
Mary C. Zinsner (Bar No. 11763)
Troutman Pepper Hamilton Sanders LLP

1

        401 9th Street NW, Suite 1000
        Washington, DC 20004
        Phone: (202) 274-1931
        Fax: (703) 448-6514
        mary.zinsner@troutmansanders.com
        *Counsel for Experian Information Solutions, Inc.*


        */s/ Padraic Kevin Keane*
        Padraic Kevin Keane (Bar No. 17179)
        Jordan Coyne LLP
        10201 Fairfax Boulevard, Suite 520
        Fairfax, VA 22030
        Phone: (703) 246-0900
        Fax: (703) 591-3673
        p.keane@jocs-law.com
        *Counsel for Convergent Outsourcing Inc.*